

Probate Court
Monroe County, Ohio

IN THE PROBATE COURT OF
MONROE COUNTY, OHIO

APR 2 5 2023

THE ESTATE OF: _____JEROME A. POTTS_____, DECEASED

FILED

CASE NO. __10986__

## ENTRY TO APPOINT SPECIAL ADMINISTRATOR

This matter is before the Court on the Motion to Appoint Special Administrator filed by Jason A. Yoss, Attorney for the Estate of Jerome A. Potts.

The Court finds that the decedent died on November 17, 2021.

The Court also finds that Misty D. Potts filed an Application for Authority to Administer Estate.

The Court further finds that the Motion to Appoint Special Administrator is well-taken for the limited purpose of facilitating litigation involving decedent's estate.

Therefore, it is **ORDERED** that the Motion for Appointment of Special Administrator of the Estate of Jerome A. Potts is **GRANTED**.

Dated: __4/28/23__

_____
JUDGE JAMES W. PETERS

PROBATE COURT OF MONROE COUNTY, OHIO
JAMES W. PETERS, JUDGE

Probate Court
Monroe County, Ohio

ESTATE OF:           Jerome A Potts, DECEASED          APR 26 2023

CASE NO. 2021 EST 10986

ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY    FILED
[For Executors and all Administrators]

Name and Title of Fiduciary Misty D Potts, Special Administrator

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] [ ] testate - [ X ] intestate – on 11/17/2021 domiciled in CLARINGTON, OH.

[Check one of the following] [ ] Bond is dispensed with by the Will– [ X ] Bond is dispensed with by law– [  ] Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_____4/26/23_____         _____
Date                         Judge James W. Peters

CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]            JAMES W. PETERS, JUDGE

By _____
Deputy Clerk

_____4/26/23_____
Date

EST 4.5 ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

est4.5e (39)