## MULTIPLE EMPLOYERS
## ONE ORGANIZATION

West Virginia University Health System staffs our facilities with physicians, faculty, and providers in two ways — through WVU Medicine and University Health Associates. Explore open positions below.

### University Health Associates

**UHA Physicians, Faculty, Advanced Practice Providers and Licensed Professionals**

University Health Associates (UHA) is a private, not-for-profit corporation composed of clinical faculty members of the WVU School of Medicine and School of Dentistry, and also advanced practice providers and other allied health providers. The organization is West Virginia's largest multi-specialty physician practice. UHA operates and staffs clinics and hospitals throughout West Virginia and surrounding states.

**PHYSICIAN OPENINGS**

**APP OPENINGS**

**LICENSED PROFESSIONAL OPENINGS**

### WVU Medicine

**Physicians and Advanced Practice Providers**

WVU Medicine is West Virginia's leading provider of advanced medical and surgical care. This site includes listings for jobs at these WVU Medicine hospitals: J.W. Ruby Memorial Hospital, United Hospital Center, Camden Clark Medical Center, Berkeley Medical Center, Jefferson Medical Centers, St. Joseph's Hospital, Reynolds Memorial Hospital, Summersville Regional Medical Center, and Braxton County Memorial Hospital. It also includes job listings for these affiliated sites: Davis Health System, Garrett Regional Medical Center, Grant Memorial Hospital, and Raleigh General Hospital.

**PHYSICIAN OPENINGS**

**APP OPENINGS**

Exhibit C