*Exhibit E*

WVU Heart and Vascular Institute a/k/a WVU Heart & Vascular Institute a/k/a WVUHeart&VascularInstitute

1. Exemplar:  Webpage, available at: https://wvumedicine.org/heart/

2. WVSOS Results for WVU Heart and Vascular Institute – No Results Found

3. WVSOS Results for WVU Heart & Vascular Institute – No Results Found

4. WVSOS Results for WVUHeart&VascularInstitute – No Results Found

5. WVSOS Results for the address of 705 Garfield Avenue, Parkersburg, WV 26101 per Exemplar C:  Unrelated and Terminate Entities



**WVU Heart and Vascular Institute at Camden Clark Medical Center**

705 Garfield Avenue
Parkersburg, WV 26101
Phone: 304-424-4760
Services: Clinic, Surgery

Exhibit E, p. 2

## Business & Licensing

### Business Organization Search

SEARCH TIPS: If you have trouble finding a business, try the following:

1. Enter one or more key words in the business name

2. Use the % symbol for a wild card search.
   Example: searching for Fraternal Order Eagles 1234 ABCD, Inc.
   %Fraternal%1234%

3. The search results will include what are commonly referred to as a fictitious business names in the results, if they have been registered with the State Tax Department.

| | |
|---|---|
| **Organization** | WVU Heart and Vascular Institute |
| **Agent/Officer/Name** | |

Show Advanced Search Options    [Search] [Reset]

• Back To Top

Matching records found: **0**. Please note that the results are broken into four results types: *Org Name*, *Doing Business As*, *Name Change* and *Name Registrations/Reservations*. You may use the following four links to see the results for each type.

View search results by: Org Name | DBA | Name Change | Registrations/Reservations

### Organization Results

| Organization Name | Org Id | Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### DBA Results

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### Name Change Results

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### Registration/Reservation Results

| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information.

west virginia
WV State Agency Directory | WV Online Services | Privacy, Security & Accessibility
wvsos.com | wv.gov | usa.gov

Exhibit E, p. 3

## Business & Licensing

### Business Organization Search

SEARCH TIPS: If you have trouble finding a business, try the following:

1. Enter one or more key words in the business name

2. Use the % symbol for a wild card search.
   Example: searching for Fraternal Order Eagles 1234 ABCD, Inc.
   %Fraternal%1234%

3. The search results will include what are commonly referred to as a fictitious business names in the results, if they have been registered with the State Tax Department.

| Organization | WVU Heart and Vascular Institute |
|---|---|
| Agent/Officer/Name | |

Show Advanced Search Options    [Search] [Reset]

• Back To Top

Matching records found: **0**. Please note that the results are broken into four results types: *Org Name*, *Doing Business As*, *Name Change* and *Name Registrations/Reservations*. You may use the following four links to see the results for each type.

View search results by: Org Name | DBA | Name Change | Registrations/Reservations

**Organization Results**

| Organization Name | Org Id | Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**DBA Results**

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**Name Change Results**

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**Registration/Reservation Results**

| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information.

west virginia

WV State Agency Directory | WV Online Services | Privacy, Security & Accessibility

wvsos.com | wv.gov | usa.gov

Exhibit E, p. 4

## Business & Licensing

### Business Organization Search

SEARCH TIPS: If you have trouble finding a business, try the following:

1. Enter one or more key words in the business name

2. Use the % symbol for a wild card search.
   Example: searching for Fraternal Order Eagles 1234 ABCD, Inc.
   %Fraternal%1234%

3. The search results will include what are commonly referred to as a fictitious business names in the results, if they have been registered with the State Tax Department.

| Organization | WVU Heart & Vascular Institute |
|---|---|
| Agent/Officer/Name | |

Show Advanced Search Options    [Search] [Reset]

• Back To Top

Matching records found: **0**. Please note that the results are broken into four results types: *Org Name*, *Doing Business As*, *Name Change* and *Name Registrations/Reservations*. You may use the following four links to see the results for each type.

View search results by: Org Name | DBA | Name Change | Registrations/Reservations

### Organization Results

| Organization Name | Org Id | Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |

View search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### DBA Results

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### Name Change Results

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

### Registration/Reservation Results

| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information.*

west virginia
WV State Agency Directory | WV Online Services | Privacy, Security & Accessibility
wvsos.com | wv.gov | usa.gov

Exhibit E, p. 5

**Business & Licensing**

**Business Organization Search**

SEARCH TIPS: If you have trouble finding a business, try the following:

1. Enter one or more key words in the business name

2. Use the % symbol for a wild card search.
   Example: searching for Fraternal Order Eagles 1234 ABCD, Inc.
   %Fraternal%1234%

3. The search results will include what are commonly referred to as a fictitious business names in the results, if they have been registered with the State Tax Department.

| Organization | WVUHeart&VascularInstitute |
|---|---|
| Agent/Officer/Name | |

Show Advanced Search Options    [Search] [Reset]

• Back To Top

Matching records found: **0**. Please note that the results are broken into four results types: *Org Name*, *Doing Business As*, *Name Change* and *Name Registrations/Reservations*. You may use the following four links to see the results for each type.

View search results by: Org Name | DBA | Name Change | Registrations/Reservations

**Organization Results**

| Organization Name | Org Id | Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**DBA Results**

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**Name Change Results**

| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | Org Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

View ORG search results by: Org Name | DBA | Name Change | Registrations/Reservations | • Back To Top

**Registration/Reservation Results**

| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|---|---|
| No results found. | | | | | | | | |
| Organization Name | NRG/NRS Id | Org Type | Effective Date | Established Date | Termination Date | Termination Reason | Charter | Class |

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information.*

west virginia

WV State Agency Directory | WV Online Services | Privacy, Security & Accessibility

wvsos.com | wv.gov | usa.gov

Exhibit E, p. 6



Exhibit E, p. 7